# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

     *v.*                            **Docket # 4:16CR3027**

**Shay Ann Tilden**

On June 9, 2014, Shay Ann Tilden was sentenced to 39 months custody to be followed by 3 years of supervised release. The period of supervised release commenced on October 19, 2015. Ms. Tilden is currently in compliance with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that Shay Ann Tilden be discharged from supervision.

Respectfully submitted,

*Karen D. Bucksbee*  
Karen Bucksbee  
U.S. Probation and Pretrial Services Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   1st   day of   May  , 2017.

*John M. Gerrard*  
The Honorable John M. Gerrard  
United States District Judge